| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| SHARON STRICKLAND, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION 1:17-CV-301 |
| § | |
| DEXTER FIELD SERVICES, LP and § | |
| DEXTER ATC FIELD SERVICES, LLC, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within thirty (30) days of the court's Order of Conditional Dismissal (#31), signed August 6, 2019, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 29th day of October, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE