| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

SHARON STRICKLAND, §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* 　　　　　　　　　　　§　　CIVIL ACTION NO. 1:17-CV-301
　　　　　　　　　　　　　　　　§
DEXTER FIELD SERVICES, LP and 　§
DEXTER ATC FIELD SERVICES, LLC, §
　　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## ORDER

In light of Plaintiff Sharon Strickland's ("Plaintiff") Notice of Withdrawal regarding Motion to Enforce Settlement, Plaintiff's Motion to Enforce Settlement (#33), filed February 2, 2020, is denied as moot.

SIGNED at Beaumont, Texas, this 28th day of February, 2020.

　　　　　　　　　　　　　　　　　　*[signature: Marcia A. Crone]*
　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE